

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-21-00206-CV

———————————————

IN RE J.V., Relator

———————————————

Original Proceeding
233rd District Court of Tarrant County, Texas
Trial Court No. 233-655710-19

———————————————

Before Womack, Kerr, and Wallach, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and emergency motion to stay trial and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus and emergency motion to stay trial are denied.

Per Curiam

Delivered:  July 9, 2021